IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Eric Andrew Rieb, #289509, | ) | C/A No.: 1:15-2933-RMG-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bradford A. Rawlinson, Esq.; Warden Robert M. Stevenson, III, Warden of Broad River Corr. Inst.; Lt. John Rivera, lieutenant supervisor of Broad River Contraband Control and Broad River Property Control; Ofr. Mike Goloch; and Sgt. Beverly Bracy, in their individual and official capacities, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed a motion for judgment on the pleadings on October 16, 2015. [ECF No. 17]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on November 12, 2015, advising him of the importance of the motion and of the need for him to file an adequate response. [ECF No. 21]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the

2

foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' motion for judgment on the pleadings by January 6, 2016. Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

*/s/ Shiva V. Hodges*

December 23, 2015  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge